ABRAHAM SIRVINT, Appellant, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

(Argued December 6, 1934; decided December 31, 1934.)

*Abraham Greenberg* and *Irving A. Scheinberg* for appellant.

*William E. Robinson* and *Thomas E. White* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE and HUBBS, JJ.